```
SURJIT P. SONI (CA Bar No. 127419)
RONALD E. PEREZ (CA Bar No. 151199)
THE SONI LAW FIRM
55 South Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax
```

**x - JS-6**

Attorneys for Plaintiff,
COTAPAXI CUSTOM DESIGN
AND MANUFACTURING LLC
dba COTAPAXI, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTAPAXI CUSTOM DESIGN AND MANUFACTURING LLC dba COTAPAXI, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAMEO NOVELTY & PEN CORP. a New York corporation; SOL OBERLANDER, an Individual; DOES 1 - 10, <br><br> Defendants. | Case No.: CV 06-1601 DSF (MRPx) <br><br> **JUDGMENT FOR ACCOUNTING OF DEFENDANTS' PROFITS AND PAYMENT OF THREE TIMES PLAINTIFF'S DAMAGES WITH A RESERVATION OF JURISDICTION TO AWARD PROPER AMOUNTS OF PROFITS, ENHANCED DAMAGES AND ATTORNEYS' FEES** <br><br> Courtroom of <br> Hon. Dale S. Fischer |

Upon consideration of Plaintiff Cotapaxi Custom Design and Manufacturing LLC's ("Plaintiff's") legal authorities and evidence on Plaintiff's motion for a mandatory injunction or a judgment of accounting for profits and treble damages with a reservation of jurisdiction, and finding good cause therefor, the Court hereby issues the following mandatory injunction.

**MANDATORY INJUNCTION**

Defendants Cameo Novelty and Pen Corp. and Sol Oberlander ("Defendants") are hereby mandatorily enjoined and required to do the following:

1. Produce all documents (in either paper or electronic form) evidencing or otherwise relating to sales quantities (in units and in dollars) of their writing pen product named the "Premier Clip Pen" bearing model nos. "905" and "DM905," or any other model number for a product having the identical outward appearance as model nos. "905" or "DM905" ("Premier Clip Pens"), since August 24, 2004, inclusive, the date of statutory notice of infringement of U.S. design patent no. US D495,033 S. The foregoing documents include but are not limited to sales invoices, sales reports and statements for the Premier Clip Pens, and any other documents in Defendants' possession when this mandatory injunction is served that are useful to determine Defendants' sales and profits for the Premier Clip Pens.

2. Produce all documents evidencing or otherwise relating to quantities of purchases (in units and in dollars) by Defendant of the Premier Clip Pens since January 1, 2004. The foregoing documents include but are not limited to all purchase orders and supplier invoices for the Premier Clip Pens.

3. Submit to the deposition taken by Plaintiff's counsel, The Soni Law Firm, of both Defendants concerning Defendants' sales revenues and quantities to

1    calculate profits for the Premier Clip Pens since
2    August 24, 2004, inclusive.  Defendants shall submit to
3    the foregoing deposition within 10 days of being served
4    with a notice of the deposition by Plaintiff's counsel
5    within 100 miles of 400 Hillside Avenue, Hillside, New
6    Jersey 07205, at a location selected by Plaintiff's
7    counsel.
8        Defendants must produce all documents set forth
9    above within 10 days of personal service of this
10   Mandatory Injunction on Defendants to Plaintiff's
11   counsel located at 55 South Lake Avenue, Suite 720,
12   Pasadena, California 91101.
13       Defendants are hereby given notice that a failure
14   to respond fully to this mandatory injunction could
15   subject Defendants to contempt of court and the serious
16   consequences of being found in contempt of court.
17
18                    **ACCOUNTING OF PROFITS**
19       Defendants Cameo Novelty and Pen Corp. and Sol
20   Oberlander ("Defendants") are hereby ordered to account
21   to Plaintiff for:
22       All profits arising from sales of Defendants'
23   writing pen product named the "Premier Clip Pen"
24   bearing model nos. "905" and "DM905," or any other
25   model number for a product having the same outward
26   appearance as model nos. "905" or "DM905," ("Premier
27   Clip Pen") since August 24, 2004, inclusive, the date
28   of statutory notice of infringement of U.S. design

                                3

patent no. US D495,033 S.

**TREBLE DAMAGES**

Plaintiff is awarded treble damages for lost sales of the infringing products which is calculated as three times Plaintiff's damages calculated as follows:

$0.55 times the quantity of Premier Clip Pens sold by Defendants that are determined in the Accounting of Profits adjudged above.

**RESERVATION OF JURISDICTION**

This Court reserves jurisdiction in this case to enter the finally determined amounts of Defendants' profits, Plaintiff's treble damages and Plaintiff's attorneys' fees to be awarded in this action.

Dated: January 24, 2008

_____
Hon. Dale S. Fischer
U.S. District Judge

Presented by:
THE SONI LAW FIRM

By: /s/ Ronald E. Perez    Dated: January 22, 2008
    Surjit P. Soni
    Ronald E. Perez
    Attorneys for Plaintiff,
    Cotapaxi Custom Design and Manufacturing LLC

4